1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE THOMAS J. WHELAN)

UNITED STATES OF AMERICA,                    )   Case No. 24CR0116-W
        Plaintiff,                          )
                    )   **ORDER**
    v.                                      )
                    )
CHASTITY CABANILLA-GUTIERREZ                 )
                    )
        Defendant.                          )

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Setting set for January 29, 2024 is vacated and a Motion Hearing is set for February 26, 2024 at 9:00 a.m. Time should be excluded under the Speedy Trial Act 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7)(A).

**SO ORDERED.**

Dated: _____1/24/24_____          _____
                                  HONORABLE THOMAS J. WHELAN
                                  United States District Judge